IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ANIBAL MORALES,**

    *Plaintiff*,

v.                                                                                  Case No.: 4:24cv24-MW/MJF

**FOX 4 NFL SPORTS WATCH,**

    *Defendant*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections, ECF No. 8.

The Magistrate Judge recommends that Plaintiff's case be dismissed because he is barred from proceeding *in forma pauperis* and he failed to pay the filing fee at the time he initiated this lawsuit. ECF No. 4 at 4. Plaintiff raises several objections, but none help his claim. Plaintiff's objections either reiterate the substance of his claims or state in conclusory fashion that he faces an imminent threat of physical harm. As the Magistrate Judge explains in his detailed Report and Recommendation, Plaintiff does not qualify for this exception. Accordingly,

    **IT IS ORDERED**:

1. The report and recommendation, ECF No. 4, is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.

2. The Clerk shall enter judgment stating, "Plaintiff's complaint, ECF No. 1, is **DISMISSED without prejudice** under 28 U.S.C. § 1915(g)."

3. The Clerk shall close the file.

**SO ORDERED on February 22, 2024.**

s/Mark E. Walker  
**Chief United States District Judge**
